MARK J. CONNOT (10010)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Plaintiff Ahern Rentals, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>TEXTRON, INC., a Delaware corporation; TEXTRON SPECIALIZED VEHICLES INC. d/b/a CUSHMAN; E-Z-GO, a division of TEXTRON, INC.; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01638-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RELATING TO DEFENDANTS' MOTION TO COMPEL [ECF 26]**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff Ahern Rentals, Inc. ("Plaintiff") and Defendants Textron, Inc.; Textron Specialized Vehicles, Inc. d/b/a Cushman; and E-Z-GO, a division of Textron, Inc. ("Defendants") (collectively "the Parties"), by and through their respective counsel, to extend the deadline for Plaintiff to respond to Defendants' Motion to Compel Plaintiff's Computation of Damages and Other Documentation, filed on November 5, 2021 [ECF 26] (the "Motion"), by 14 days from November 19, 2021 to December 3, 2021.

Further, the Parties have agreed to extend the deadline for Defendants to file their reply to December 17, 2021.

/ /

/ /

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that the time for Plaintiff to respond to Defendants' Motion to Compel is extended to December 3, 2021, and the deadline for Defendants to file their reply is extended to December 17, 2021.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| Dated: November 17, 2021. | Dated: November 17, 2021. |
| **FOX ROTHSCHILD LLP** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| */s/ Rex D. Garner* <br> MARK J. CONNOT (10010) <br> REX D. GARNER (9401) <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br> (702) 262-6899 tel <br> (702) 597-5503 fax <br> mconnot@foxrothschild.com <br> rgarner@foxrothschild.com <br> *Attorneys for Plaintiff Ahern Rentals, Inc.* | */s/ Daniela LaBounty* <br> CAROL P. MICHEL (11420) <br> DANIELA LABOUNTY (13169) <br> 6385 South Rainbow Boulevard, Suite 400 <br> Las Vegas, NV 89118 <br> (702) 938-3838 tel <br> (702) 938-3864 fax <br> cmichel@wwhdg.com <br> dlabounty@wwhgd.com <br> *Attorneys for Defendants Textron, Inc., Textron Specialized Vehicles, Inc., d/b/a Cushman; E-Z-GO, a division of Textron, Inc.* |

**IT IS SO ORDERED.**

DATED: November 18, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

128134110