Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
Daniela LaBounty, Esq.
Nevada Bar No. 13169
dlabounty@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC.,<br><br>　　　　Plaintiff<br><br>vs.<br><br>TEXTRON, INC., a Delaware corporation; TEXTRON SPECIALIZED VEHICLES, INC. d/b/a CUSHMAN; E-Z-GO, a division of TEXTRON, INC; DOES I through X, inclusive, and ROE ENTITIES XI through XX, inclusive,<br><br>　　　　Defendants | Case No. 2:20-cv-01638-~~GMN~~ CDS-DJA[1]<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE FOR OPPOSITIONS AND REPLIES FOR PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

///
///
///
///
///
///
///
///
///

---

[1] Counsel are reminded that this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:20-cv-01638-CDS-DJA. ECF No. 39.

Pursuant to Local Rules IA 6-1, LR 7-1 and 26-3, Plaintiff Ahern Rentals, Inc. ("Plaintiff") and Defendants Textron, Inc.; Textron Specialized Vehicles, Inc. d/b/a Cushman; and E-Z-GO, a division of Textron, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate to the following briefing schedule to file oppositions and replies to their pending Motions for Summary Judgment, ECF Nos. 46, 48, that were filed on February 23, 2023. No hearing date has been set. The parties stipulate and agree to the following briefing schedule:

Opposition briefs currently due on March 16, 2023 will be due on March 23, 2023.

Reply briefs will be due on April 6, 2023.

Dated: March 13, 2023.

**FOX ROTHSCHILD LLP**

*/s/ Rex D. Garner (with permission)*
MARK J. CONNOT (10010)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Plaintiff Ahern Rentals, Inc.*

Dated: March 13, 2023.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Daniela LaBounty*
CAROL P. MICHEL (11420)
DANIELA LABOUNTY (13169)
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
(702) 938-3838 tel
(702) 938-3864 fax
cmichel@wwhdg.com
dlabounty@wwhgd.com
*Attorneys for Defendants Textron, Inc., Textron Specialized Vehicles, Inc., d/b/a Cushman; E-Z-GO, a division of Textron, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: March 14, 2023