MARK J. CONNOT (10010)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Plaintiff Ahern Rentals, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation<br><br>Plaintiff<br><br>v.<br><br>TEXTRON, INC., a Delaware corporation; TEXTRON SPECIALIZED VEHICLES INC. d/b/a CUSHMAN; E-Z-GO, a division of TEXTRON, INC.; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants | Case No.: 2:20-cv-01638-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR REPLIES TO PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, LR 7-1 and 26-3, Plaintiff Ahern Rentals, Inc. ("Plaintiff") and Defendants Textron, Inc.; Textron Specialized Vehicles, Inc. d/b/a Cushman; and E-Z-GO, a division of Textron, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate to the following briefing schedule to file replies to their pending Motions for Summary Judgment, ECF Nos. 46 and 48, that were filed on February 23, 2023.  Oppositions to each motion have already been filed, ECF Nos. 52 and 53.  No hearing date has been set.  The parties stipulate and agree to the following briefing schedule:

/ / /

Reply briefs currently due on April 6, 2023, will be due on April 13, 2023.

Dated:  April 5, 2023

**FOX ROTHSCHILD LLP**

*/s/ Rex D. Garner*
MARK J. CONNOT (10010)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Plaintiff Ahern Rentals, Inc.*

Dated:  April 5, 2023

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Daniela LaBounty*
CAROL P. MICHEL (11420)
DANIELA LABOUNTY (13169)
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
(702) 938-3838 tel
(702) 938-3864 fax
cmichel@wwhdg.com
dlabounty@wwhgd.com
*Attorneys for Defendants Textron, Inc., Textron Specialized Vehicles, Inc., d/b/a Cushman; E-Z-GO, a division of Textron, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  April 6, 2023

2

144354427