Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
Daniela LaBounty, Esq.
Nevada Bar No. 13169
dlabounty@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff <br><br> vs. <br><br> TEXTRON, INC., a Delaware corporation; TEXTRON SPECIALIZED VEHICLES, INC. d/b/a CUSHMAN; E-Z-GO, a division of TEXTRON, INC; DOES I through X, inclusive, and ROE ENTITIES XI through XX, inclusive, <br><br> Defendants | Case No. 2:20-cv-01638-CDS-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Ahern Rentals, Inc. ("Plaintiff") and Defendants Textron, Inc.; Textron Specialized Vehicles, Inc. d/b/a Cushman; and E-Z-GO, a division of Textron, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate, pursuant to FRCP 41 that the above-captioned action and any and all claims asserted by Plaintiff and Defendants in said captioned action are hereby DISMISSED WITH PREJUDICE.

/ / /

/ / /

/ / /

/ / /

/ / /

All parties are to bear their own costs, fees, and expenses hereto.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| Dated: April 8, 2024. | Dated: April 8, 2024 |
| **FOX ROTHSCHILD LLP** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| */s/ Rex D. Garner (w/ permission)* | */s/ Daniela LaBounty* |
| MARK J. CONNOT (10010) | CAROL P. MICHEL (11420) |
| REX D. GARNER (9401) | DANIELA LABOUNTY (13169) |
| 1980 Festival Plaza Drive, Suite 700 | 6385 South Rainbow Boulevard, Suite 400 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89118 |
| (702) 262-6899 tel | (702) 938-3838 tel |
| (702) 597-5503 fax | (702) 938-3864 fax |
| mconnot@foxrothschild.com | cmichel@wwhdg.com |
| rgarner@foxrothschild.com | dlabounty@wwhgd.com |
| *Attorneys for Plaintiff Ahern Rentals, Inc.* | *Attorneys for Defendants Textron, Inc., Textron Specialized Vehicles, Inc., d/b/a Cushman; E-Z-GO, a division of Textron, Inc.* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: April 9, 2024